UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANNETTE JACKSON and PEARLIE MAE DUNIGAN, Plaintiffs, v. STATE OF TENNESSEE'S DEPARTMENT OF CORRECTIONS, *et al.*, Defendants. | 1:10-CV-193<br>Collier/Carter |

## O R D E R

On March 3, 2011, United States Magistrate Judge William B. Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). In the R&R, Judge Carter recommended Plaintiff's action to amend their complaint be denied. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, the Court **ORDERS** Plaintiff's motion to amend their complaint be **DENIED.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**